

**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Wednesday, May 12, 2021

11th Court of Appeals Clerk
Sherry Williamson
P. O.  Box 271
Eastland, TX 76448
* Delivered Via E-Mail *

**Re:**  Chavez, Bobby Jackson Jr.
**CCA No.**  PD-0102-20                                          **COA No.** 11-19-00220-CR
**Trial Court Case No.**  A-17-1333-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:    Presiding Judge 70th Judicial Dist Court (Delivered Via E-Mail)
       District Clerk Ector County (Delivered Via E-Mail)
       District Attorney Ector County (Delivered Via E-Mail)
       Stacey M. Soule (Delivered Via E-Mail)
       Bobby Jackson Chavez Jr.